IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JAMES CHARLES BUTTS,           )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )        2:17cv646-MHT
                               )            (WO)
CORIZON, LLC, et al.,          )
                               )
        Defendants.            )

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983 action, plaintiff, a
state prisoner, brought this lawsuit challenging the
constitutionality of medical treatment provided to him
during his previous incarceration at the Bibb
Correctional Facility. This lawsuit is before the
court on the recommendation of the United States
Magistrate Judge that the case be transferred to the
United States District Court for the Northern District
of Alabama pursuant to 28 U.S.C. § 1404. There are no
objections to the recommendation. After an independent
and de novo review of the record, it is ORDERED as
follows:

(1) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 8th day of November, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE